Certificate Number: 15317-PAW-DE-040549784

Bankruptcy Case Number: 25-23075



15317-PAW-DE-040549784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 2:11 o'clock PM PST, James R Constable Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 26, 2026            By:    /s/Sharmagne Marquez

                                    Name:  Sharmagne Marquez

                                    Title: Credit Counselor