Certificate Number: 15317-PAW-DE-040549786

Bankruptcy Case Number: 25-23075



15317-PAW-DE-040549786

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 2:11 o'clock PM PST, Whitney L Constable completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 26, 2026

By: /s/Sharmagne Marquez

Name: Sharmagne Marquez

Title: Credit Counselor